B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Southern District of Indiana

In re Patricia Ann Ireland,    Case No. 20-90526-AKM-13

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 BKM-TT | U.S. Bank National Association, not in its individual Capacity but Solely as Trustee for the RMAC Trust, Series 2018 G-CTT |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
  Rushmore Loan Management Services
  P.O. Box 55004, Irvine, CA 92619-2708

Court Claim # (if known): 4
Amount of Claim: $67,735.30
Date Claim Filed: 05/11/2020

Phone: 888-504-6700
Last Four Digits of Acct #: 9835

Phone: 888-504-6700
Last Four Digits of Acct. #: 9835

Name and Address where transferee payments should be sent (if different from above):
  Rushmore Loan Management Services
  P.O. Box 52708, Irvine, CA 92619-2708

Phone: 888-504-6700
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Michelle R. Ghidotti-Gonsalves, Esq.    Date: 06/09/2021
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.